**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **MARIA E. BRADY, et al.,**<br>　　**Plaintiffs**<br><br>　　**v.**<br><br>**HOSPITAL HIMA-SAN PABLO**<br>**BAYAMON, et al.,**<br>　　**Defendants** | **Civil No. 07-1085 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 14, 2009, Chief Magistrate Judge Justo Arenas issued a Report and Recommendation (Docket No. 73) regarding defendant Dr. María Y. Batlle's motion *in limine* to exclude the testimony of Dr. Kenneth Brown, as expert witness (Docket No. 66).

The recommendation is that of allowing the testimony of the proposed expert witness inasmuch as his testimony is deemed both, relevant and reliable. No objections have been filed as of this date.

Accordingly, upon having thoroughly examined the record, the Report and Recommendation is adopted in full.

**SO ORDERED.**

At San Juan, Puerto Rico, this 15th day of February, 2009.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**